# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IRIS CONNEX, LLC,<br><br>                                Plaintiff,<br>v.<br><br>APPLE INC.,<br>                                Defendant. | Case No. 2:15-cv-1911 |
| **FUJITSU AMERICA, INC.** | **Case No. 2:15-cv-1916** |
| **HTC AMERICA, INC.** | **Case No. 2:15-cv-1918** |
| **MICROSOFT CORPORATION** | **Case No. 2:15-cv-1922** |

## DEFENDANTS APPLE INC., HTC AMERICA, INC., FUJITSU AMERICA, INC. AND MICROSOFT CORPORATION'S OPPOSITION TO THE <u>TADLOCK LAW FIRM'S MOTION TO WITHDRAW AS COUNSEL</u>

Defendants Apple Inc., HTC America, Inc., Fujitsu America, Inc. and Microsoft Corporation ("Defendants") respectfully submit this opposition to The Tadlock Law Firm's Motion to Withdraw as Counsel. Defendants oppose this Motion for the reasons stated by Dell, Inc. in its Oppositions to Iris Connex's Motion for 45-Day Stay and The Tadlock Law Firm's Motion to Withdraw as Counsel in *Iris Connex, LLC v. Dell Inc.* Case No. 2:15-cv-1915 (Dkt. Nos. 39 and 45), which are attached hereto as Exhibits A and B and incorporated by reference herein. The Court denied The Tadlock Law Firm's Motion to Withdraw as Counsel in the Dell Case (*See* Dell Case, Dkt. No. 48) and Defendants respectfully request that the Court reach the same result here.

| | |
|---|---|
| Dated: October 31, 2016 | By: */s/ DeAnna Allen* |

Drew Koning
CA Bar No. 263082
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6129
Fax: (858) 550-6420
Email: dkoning@cooley.com

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-7257

DeAnna Allen
dallen@cooley.com
DC Bar No. 487686
Rose Whelan
rwhelan@cooley.com
DC Bar No. 999367
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899

Joseph M. Drayton
jdrayton@cooley.com
NY Bar No. 99367
Cooley LLP
The Grace Building
1114 Avenue of the Americas
46th Fl.
New York, NY 10036-7798
Tel: (212) 479-6000
Fax: (212) 479-6275

Lowell D. Mead
lmead@cooley.com
CA Bar No. 223989
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400

*Attorneys for Defendants
Apple Inc., HTC America, Inc.,
Fujitsu America Inc. and Microsoft
Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served this 31st day of October, 2016, by the Court's electronic document filing system, upon all counsel of record.

*/s/ DeAnna Allen*
DeAnna Allen