# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IRIS CONNEX, LLC, <br><br> Plaintiff, <br> v. <br> DELL INC., *et al.*, <br><br> Defendants. | Case No. 2:15-cv-1915 <br><br> CONSOLIDATED LEAD CASE |
| IRIS CONNEX, LLC, <br><br> Plaintiff, <br> v. <br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:15-cv-1922 <br><br> MEMBER CASE |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MICROSOFT CORPORATION, WITH PREJUDICE

On this date the Court considered the Joint Motion to Dismiss Plaintiff's Claims Against Defendant Microsoft Corporation, With Prejudice, filed by Plaintiff Iris Connex, LLC ("Iris Connex"), and Defendant Microsoft Corporation ("Microsoft"). Based on the joint motion, the stipulation set forth therein, and the pleadings and orders in this case, the Court is of the opinion that the Joint Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that:

1. All claims by Iris Connex against Microsoft in this action are hereby dismissed with prejudice.

2. Each party shall bear its own costs, attorney's fees and expenses in this action.

3. No party shall file any sanctions motion in this action against the other party's counsel.

4. No party will appeal this dismissal or any other order in this case.

5. Iris Connex shall take any action necessary to dismiss the presently-docketed appeal at the Federal Circuit as to Microsoft within seven (7) days of filing of the Joint Motion to Dismiss Plaintiff's Claims Against Defendant Microsoft Corporation, With Prejudice.

**So ORDERED and SIGNED this 22nd day of November, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE